*In re* MOLLIE STEWART, *Petitioner.*

No. 15,931.   (96 Pac. 45.)

Original proceeding in *habeas corpus.*   Opinion filed May 9, 1908.   Writ denied.

*R. E. Melvin,* and *W. J. Costigan,* for petitioner.

*Fred S. Jackson,* attorney-general, *John S. Dawson,* assistant attorney-general, *W. B. Pleasant,* and *Ed T. Riling,* for respondents.

*Per Curiam:* The petitioner in this case is a codefendant with the petitioner in the case of *In re Schneck, ante,* p. 207, and is charged with the same offense and the facts are identical. The petition is denied on the authority of that case.